**Welch, Darren M (WAS)**

| | |
|---|---|
| **From:** | Ciolek, Robert <Robert.Ciolek@catalent.com> |
| **Sent:** | Wednesday, July 23, 2025 11:10 AM |
| **To:** | Tooker, Shaun |
| **Subject:** | FW: Final Request for Severance Package Reevaluation - Ben Woodard, Catalent Harmans, Maryland |

Rob Ciolek
VP, Deputy Chief Compliance Officer
& Deputy General Counsel (Regulatory & Litigation)
**Catalent Pharma Solutions**
200 Crossing Blvd., Bridgewater, NJ 08807
**T** (732) 560-5139 | **M** (732) 319-8079
www.catalent.com

more products. better treatments. reliably supplied.™

**From:** Ben Woodard <woodard@umd.edu>
**Sent:** Tuesday, July 22, 2025 12:00 PM
**To:** Ciolek, Robert <Robert.Ciolek@catalent.com>
**Subject:** Re: Final Request for Severance Package Reevaluation - Ben Woodard, Catalent Harmans, Maryland

> You don't often get email from woodard@umd.edu. Learn why this is important
>
> **CAUTION: This email originated from outside the organization.**
> **Do not click or open attachments unless you recognize the sender.**

Rob,

Thanks for your response, albeit 22 minutes past the deadline I clearly stated.
Between Doug's 3:55 PM "end of day" email, and your VP of HR backpedaling on the ADA paperwork deadline, I'm seeing a pattern here: selective timeliness when it suits your defense.

I'd assumed you'd done your due diligence by now.
But the use of the word *"alleged"* makes me wonder. But I know you have seen most of everything and are now hoping I blink first.

Now you're asking for more time? More time to review what, exactly?

Did you finally call Harmans?

Is SLT scrambling to find a scapegoat?

Are my once-ignored emails suddenly lighting up Outlook as leadership realize what's been sitting in their inbox since Q4 2024?

Maybe IT is digging through deleted Teams messages for the word *"escalation"* while your tier 3 folks back to tier 1 and 2 slides like it's a compliance treasure hunt.

1

But I'm not here to escalate.

**I already did.**

- I escalated in tier meetings.
- I escalated through formal follow-ups.
- I escalated through the "Speak Up" hotline.
- And I escalated every single time I raised my hand and said, "This isn't compliant."

I pushed back against the rot leadership called efficiency.
I stood up while others sat in silence.
I tried to rebuild a culture that forgot it owed its loyalty to patients, not KPIs.

Ask the ones CC'd.
Ask the ones who said nothing.
Ask the ones who now realize the gravity of what they left unread.

And to be perfectly clear:
I'm not disclosing the name of counsel. That line is sealed in steel.
**You and I both know what happens when that line gets crossed**.

So here it is, **one final olive branch.**

You have until **noon tomorrow** to re-evaluate my severance package, factoring in:

1. A documented ADA accommodation violation
2. An OSHA safety concern that was ignored
3. The timing, manner, and motive of my termination

Pull up your unresolved complaints.
Hit Ctrl+F so that everyone you BCC'd on your reply yesterday. I'm guessing you looped in Joseph, Lisa, and Scott to advise you on the next move. Then ask yourself why **two of those three never replied** when they had the chance.

Because once I choose which firm wins the legal lottery?

**The story goes global.**

It hits São Paulo. Cambridge. Copenhagen. White Oak. **And Capitol Hill.**

And anyone wearing a Catalent badge gets a front row seat.

Some cheering me on.

Some facing their reckoning.

And no, this isn't me playing lawyer. This is me playing timekeeper while the word *"accountability"* echoes through the suites at Harmans.

2

You have until **noon tomorrow.**

Not 12:01.

After that, it's out of my hands.

And I'd hate to be the one who has to break this news to **Kasim.**

–Ben Woodard

P.S. Tell your boy Doug, *"I wish him well."*


On Mon, Jul 21, 2025 at 5:22 PM Ciolek, Robert <Robert.Ciolek@catalent.com> wrote:

> Thank you for your email.  Your matter raises very serious allegations, and we have already begun to look into it thoroughly but need more time to do so.  In the meantime, it would be helpful if you could provide us with the contact information for the attorney representing you in this matter.
>
> Thank you for your cooperation.
>
> Best regards,
>
> Rob Ciolek
>
> VP, Deputy Chief Compliance Officer
>
> & Deputy General Counsel (Regulatory & Litigation)
>
> **Catalent Pharma Solutions**
>
> 200 Crossing Blvd., Bridgewater, NJ 08807
>
> **T** (732) 560-5139 | **M** (732) 319-8079
>
> www.catalent.com
>
> more products. better treatments. reliably supplied.™
>
> Rob Ciolek

VP, Deputy Chief Compliance Officer

& Deputy General Counsel (Regulatory & Litigation)

**Catalent Pharma Solutions**

200 Crossing Blvd., Bridgewater, NJ 08807

**T** (732) 560-5139 | **M** (732) 319-8079

www.catalent.com


more products. better treatments. reliably supplied.™

---

**From:** Ben Woodard <woodard@umd.edu>
**Sent:** Friday, July 18, 2025 5:02 PM
**To:** Arone, Doug <Doug.Arone@catalent.com>
**Cc:** Ciolek, Robert <Robert.Ciolek@catalent.com>; Ferraro, Joseph <Joseph.Ferraro@catalent.com>; Maselli, Alessandro <Alessandro.Maselli@catalent.com>
**Subject:** Final Request for Severance Package Reevaluation - Ben Woodard, Catalent Harmans, Maryland


You don't often get email from woodard@umd.edu. Learn why this is important

**CAUTION:** This email originated from outside the organization.
Do not click or open attachments unless you **recognize the sender**.

Doug, Robert, Joseph and Alesandro,


It is with great regret that I have to inform you of this. This message serves as my final formal request for a severance reevaluation based on both my professional tenure and the extraordinary circumstances surrounding my termination from Catalent. After consulting with legal, regulatory, and academic colleagues, I am prepared to present evidence that would trigger full-scale investigations across multiple federal agencies.  I suggest you read this in entirety before casually pressing delete.

**Background**
I am Ben Woodard, former leader in biotech compliance and manufacturing systems, with a 30+ year career in biopharmaceutical engineering. I am a retired college professor who has trained hundreds of professionals now working in senior roles across FDA, NIH, and the biopharma industry. I have published peer-reviewed work, taught university-level regulatory science, and consulted on global compliance systems. I was an integral part of the NIST grant that funded the start of NIIMBL.  My research lab conducted numerous projects that would later be referenced in literature resulting in the production of the NIST mAb.  I also significantly contributed to the growth of Paragon Bioservices, from

4

the basement of Johns Hopkins, to a multi-hundred thousand foot facility, which my good friend Marco Chacon sold to Catalent for $1.2B in April of 2019.

**Violation Summary**
While employed at Catalent, I escalated a serious compliance issue regarding uncalibrated and unvalidated pump systems tied directly to critical process parameters for 40 plus clients. I volunteered to drive compliance, presented numerous solutions, and engaged multiple third-party vendors to assist.  These systems fall under 21 CFR 211.68(a) and 211.100–110. This serious issue was ignored. Within months, the **FDA issued a 483**, citing this exact lapse, verifying the accuracy of my internal warning. This was not a misunderstanding. It was willful neglect by senior leadership.

In parallel, I experienced retaliation for escalating safety and compliance violations, culminating in my badge being deactivated and access to Catalent systems revoked with zero formal resolution. The work-from-home request was denied "verbally", then recanted, to follow policy and then denied again. Additionally, I was pushed into a request to file for ADA accommodations.  After obtaining the documentation from my licensed therapist, I was terminated before the deadline provided from the Corporate HR Director lapsed. These are not just internal missteps, they are **federal violations**.

**Verification**
To confirm the legitimacy of my claims, you may contact the following Catalent Harmans leaders, each of whom received escalations, documentation, or meeting notes from me personally.

- **Alessandro Mattis**, HR Director
- **Scott Kelly**, MS&T Senior Director
- **Larry Cichon,** Site General Manager
- **Joe Torres-Ocacio**, Vice President US operations, Cell and Gene therapy.

    All four of which now had a chance to correct the issues, but decided that doing nothing was in Catalents best interest.

**Damages and Request**

- **$6 million:**  30 years of salary projection + annual bonus
- **$3 million:**  lost retirement
- **$5 million:** contractual and ADA retaliation damages
- **$11 million:** litigation defense offset (internal and external exposure)
- **$10 million:** Reputational damages, career sabotage, retirement derailment
- **$900:** The physical damage caused by the improperly working security gate

**$40,000,900 lump sum payment** to be resolved confidentially and within the corporate structure. This decision is final.

I am prepared to proceed calmly and privately if we can handle this with the seriousness it warrants.  I have no interest in dragging this through the court system, discussing these systematic failures with the press, assisting legal firms now pursuing Securities class-action suits against Catalents largest commercial client.

**Next Steps**

If no response is received by **5:00 PM EST Monday July 21, 2025,** I will begin discussing these documented retaliation issues, regulatory compliance violations and equipment calibration failures to my colleagues in regulatory bodies, pre-engaged legal representatives, friends in biopharma media, and university peers.  This will extend to my entire professional network spanning across federal, academic, and industry sectors.

I am simply executing what should have been handled internally with dignity. But instead, you turned the only ally who was actively trying to save the company from this exposure into the one holding 2TB worth of documents that a lot of people would be very interested in seeing.

Regards,
Ben Woodard


On Thu, Jul 3, 2025 at 2:45 PM Arone, Doug <Doug.Arone@catalent.com> wrote:

Dear Mr. Woodard,


It is with great regret that I have to inform you of this.  What began as a minor car accident in the company parking lot over a month ago has blossomed into an all-consuming event that you apparently cannot get past.  It has caused needless delay and wasted the time of multiple employees.  It has now culminated in a policy violation relating to the Company's Incident Management System warranting your immediate termination.  The relevant facts are as follows:

- On May 12, 2025, you were involved in a single car accident with the gate(s) of the Company parking lot.

- The Company investigated and concluded that you caused your accident.  Both the lift and sliding gates were working properly then and now.  No changes to the gates (structure or operation) are needed nor will be made.

- The Company's initial response to the action could have been handled better.  No policies were abrogated, but, in the spirit of continuous improvement, it could have been handled better, and we have taken action to improve our performance.

- As a result of this, the Company offered to pay for your damages (which you indicated to be less than $1,000), even though we believed you to be at fault, in an attempt to de-escalate the situation and move on.

- Rather than de-escalate and move forward, you continue to escalate the situation, repeatedly questioning the integrity of anyone who disagreed with you and wholesale "disqualifying" people from even being able to discuss the matter with you.

6

- Lastly, on June 29, 2025 (seemingly at midnight) you reported the May 12th incident in Intelex, the Company's EHS Incident Management System.  You recorded the incident as a "Level C" severity event, indicating damage in excess of $50,000 and triggering global email notification.  You also listed the potential severity, which sets the mandatory requirements for investigation of the incident, as "Level A – Catastrophic Incident."

- The Company has concluded that your actions constitutes an incident report made in bad faith and an abuse of the Intelex system.

After careful review, the Company has concluded that all of the above has resulted in a complete breakdown of the employment relationship, and Catalent is terminating your employment with immediate effect.  This decision is final.

In recognition of this unfortunate series of events, in attempt to ease your transition from the Company, and to finally put this matter behind both the Company and you, we are offering you 4 weeks of post-termination pay, in exchange for a release of claims against the Company.  A Separation Agreement to this effect is attached for your review and consideration.  If instead you wish to pursue claims against the Company, which is your right, you will receive no compensation beyond your earnings through your last day worked, which is today.  I have copied your personal email address of record because your Catalent access will be revoked by the end of the day.

I am sorry to have to deliver this news and wish you well,

Douglas Arone
Associate General Counsel
Global Employment, Labor & Benefits
**Catalent**
200 Crossing Blvd, 7th Floor, Bridgewater, NJ 08807
**T** (732) 537-6158 | **M** (732) 273-9185
www.catalent.com

more products. better treatments. reliably supplied.™

Catalent Pharma Solutions e-mail is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received an e-mail in error, please notify the Catalent sender immediately and delete the original. Any other use of the e-mail by you is prohibited.