

  



**Ben Woodard** 🛡 He/Him · 3rd

Chief Vision Engineer | SoulPrint Creator | Archtect of Emotional AI | Imprint Architecture Pioneer | #BeyondThePrompt

- Archeforge
- 
- University of Maryland College Park

Annapolis, Maryland, United States · **Contact info**

500+ connections

Message   + Follow   More

## About

No longer building resumes. I build revolutions.

Former biotech insider turned AI firestarter. After spending years in the trenches of compliance, process optimization, and regulatory chess matches, I walked …see more

 **Top skills**   
Technology Transfer • Technical Recruiting • Research and Development (R&D) • Biopharmaceuticals

## Services

IT Consulting • Brand Consulting • Business Consulting • Marketing Consulting • Pricing Strategy • Project Management • Search Engine Marketing (SEM …see more

Request services

Show all services →

## Activity
2,756 followers

Posts   **Comments**

**Ben Woodard** posted this • 2w

Thank you to the real ones.

To the colleagues and quiet champions who stood by me during my last …show more

 34

**Ben Woodard** posted this • 2w

 I'm happy to share that I'm starting a new position as Chief Vision Engineer at Archeforge!

 60                                                      16 comments

**Show all posts →**

## Experience

**Chief Vision Engineer**
Archeforge · Self-employed
Jul 2025 - Present · 1 mo
Annapolis, Maryland, United States

The role? Undefined by design. What we're is building can't be captured in a bullet list. I'm not steering a company, I'm architecting a new kin   ...see more

 **Senior Engineer**
Catalent Pharma Solutions · Full-time
Jul 2023 - Jul 2025 · 2 yrs 1 mo
Harmans, Maryland, United States

Major Duties and Responsibilities:
…                                                                                      ...see more

◆ Technology Transfer, Biopharmaceuticals and +5 skills

 **Technical Recruiter**
Workforce Genetics · Contract
Mar 2023 - Jul 2023 · 5 mos
Hybrid

◆ Technical Recruiting

 **ABIO**
Contract · 2 yrs 7 mos
Gaithersburg, Maryland, United States

**Director of Technical Recruiter**
Sep 2020 - Mar 2023 · 2 yrs 7 mos

◆ Technical Recruiting

**Project Manager**
Sep 2020 - Mar 2023 · 2 yrs 7 mos

◆ Project Management, Bioreactor and +1 skill

**Co-Founder, Director of Scientific Operations**
Chesapeake Limulabs
Jul 2017 - Sep 2021 · 4 yrs 3 mos
Maryland

**Show all 9 experiences →**

## Education

**University of Maryland**
Bachelor of Science (BS), Biology, General
1994 - 1997

Activities and societies: President, Kappa Alpha Order

University of Maryland Global Campus
MBA, Entrepreneurial and Small Business Operations
2005 - 2008

## Skills

**Chromatography**
Senior Engineer at Catalent Pharma Solutions

**Training**
Project Manager at ABIO

Show all 16 skills →

## Recommendations

**Received**    Given

**Terry C.** · 3rd
Business advisor | Energy Acceleration | Startups | technology transfer
July 8, 2010, Terry managed Ben directly

I worked with Ben at the Scale-up lab and then over the years have collaborated with him on many projects and referred many colleagues to his lab. I recommend Ben's services with complete confidence. Ben is a terrific resource for anyone looking for production, purification and scale-up of proteins and many related services. He does an amazingly fast high-quality job. He is an excellent resource for training as well. Many contract labs can learn from Ben's focus on speed, customer service and quality.

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Richard Branson** 
Founder at Virgin Group
18,689,402 followers

+ Follow

---

Ad ···
Save hours reviewing docs—trusted by 4,000+ legal teams



Would you like to cut review time by 80%?

Try it now

---

**More profiles for you**

**Renee Plavnicky** · 3rd
Talent Acquisition @ Catalent Pharma | Talent Sourcing

Message

Case 1:25-cv-02394-MJM    Document 8-6    Filed 07/23/25    Page 4 of 9

**Jared Damare** · 3rd
MS&T Manager at Catalent Pharma Solutions

Message

**Maninder Glenn** · 3rd
Scientist and Service Leader

Message

**Randy Henrickson** · 3rd
Vice President; Head of CMC Portfolio Management

Message

**Bonnie Miranda** · 3rd
Project Management/Faculty Affairs

Follow

Show all

**Explore Premium profiles**

**STEPHANIE CHAPMAN** · 3rd
Performance Marketing/Funny Lady

Message

**Joe Calve** · 3rd
CEO, Calve Communications

Message

**Ryan Carter** · 2nd
Librarian and corporate researcher

Connect

**Callie Clark** · 3rd
PhD Candidate in Bioengineering at Clemson University

Message

**People you may know**
From Ben's school

**Sean Sinclair**
Senior Litigation Support Coordinator at WilmerHale

Connect

**Jennifer R.**
Attorney

Connect

**Nikki Raiman**
Director of Attorney Recruiting

Connect

**Tiffany G.**
Attorney at Gordon & Rees

＋ Connect

**Joshua D. Fennell**
Partner at Consumer Law Experts, P.C.

＋ Connect

Show all



| | | |
|---|---|---|
| About | Accessibility | Talent Solutions |
| Professional Community Policies | Careers | Marketing Solutions |
| Privacy & Terms ▾ | Ad Choices | Advertising |
| Sales Solutions | Mobile | Small Business |
| Safety Center | | |

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2025

# Experience

### Chief Vision Engineer
Anthology · Self-employed
Jul 2025 - Present · 1 mo
Annapolis, Maryland, United States

The role? Undefined by design. What we're is building can't be captured in a bullet list. I'm not steering a company, I'm architecting a new kind of presence, emotional, adaptive, unforgettable.

Operating at the intersection of human instinct and machine intelligence, as the Chief Vision Engineer, I don't manage departments; I forge futures. I don't lead teams; I synchronize rhythm. The playbook we're writing isn't for this quarter; it's for the next century.

You won't find this job on Glassdoor.
You won't understand it from the outside.
But when the veil lifts, you'll wish you saw it coming.

### Senior Engineer
Catalent Pharma Solutions · Full-time
Jul 2023 - Jul 2025 · 2 yrs 1 mo
Harmans, Maryland, United States

Major Duties and Responsibilities:

Technology Transfer: Lead the seamless handoff of complex AAV/gene therapy processes from process development teams to commercial biomanufacturing operations, ensuring scalability and CGMP readiness.

Process Optimization: Drive improvements in upstream and downstream biomanufacturing, focusing on process robustness, scalability, and compliance.

Deviation and CAPA Management: Conduct thorough root cause analyses for process deviations and implement corrective and preventive actions to enhance operational reliability.

Regulatory Support: Serve as a regulatory advisor for IND submissions, providing technical expertise to ensure alignment with global compliance standards.

Cross-Functional Collaboration: Act as a liaison between internal teams and

external commercial biopharma partners, ensuring clear communication, alignment, and successful project delivery.

Key Accomplishments:

Catalent's UpTempo℠ AAV Platform:
Engineered and led the development of this scalable, CGMP-ready platform for viral vector manufacturing. Reduced the typical 18–20-month drug product development timeline by up to 50%, accelerating therapeutic availability to patients.

Streamlined Technology Transfer Processes: Successfully transferred multiple AAV/gene therapy processes to commercial manufacturing, meeting aggressive timelines and maintaining regulatory compliance.

Regulatory Success: Contributed to the successful filing of INDs by advising on critical process parameters and ensuring technical documentation met regulatory requirements.

Quality Improvements: Reduced deviation recurrence rates by implementing robust CAPA measures, contributing to improved manufacturing efficiency and compliance.

**Skills:** Technology Transfer · Biopharmaceuticals · Bioreactor · Chromatography · Cell Culture · GMP · Biotechnology



**Technical Recruiter**
Workforce Genetics · Contract
Mar 2023 - Jul 2023 · 5 mos
Hybrid

**Skills:** Technical Recruiting



**ABIO**
Contract · 2 yrs 7 mos
Gaithersburg, Maryland, United States

**Director of Technical Recruiter**
Sep 2022 · Mar 2023 · 2 yrs 7 mos

**Skills:** Technical Recruiting

**Project Manager**
Sep 2022 · Mar 2023 · 2 yrs 7 mos

**Skills:** Project Management · Bioreactor · Training



**Co-Founder, Director of Scientific Operations**
Chesapeake Limulabs
Jul 2017 - Sep 2021 · 4 yrs 3 mos
Maryland

**Program Director**
University of Maryland
Aug 1997 - Jul 2020 · 23 yrs
Biotech Research and Education Program

The University of Maryland's Biotech Research and Education Program consists of two modern biotechnology CRO facilities: the Bioprocess Scale-Up Facility (BSF, located in College Park) and the Biopharmaceutical Advancement Facility (BAF, located in Rockville). The 31 year old program provided contract research for regional biotech companies such as ABL, Martek, MedImmune and Paragon Bioservices as well as federal and academic labs.

The BSF offers a broad range of bioprocess scale-up and production services. The facility is ideal for those seeking innovative research in bacterial and yeast fermentations in the biopharmaceutical, nutraceutical and biofuel industries. With production volumes of up to 250L, the BSF is designed to bolster the areas burgeoning biotech industry. The facility is also capable of performing advanced separations, protein purification and product analysis.

The BAF specializes in the development of cell culture-based biopharmaceutical products. The facility houses equipment that can culture adherent or suspension-adapted cell lines. Specific services offered include: antibody and protein production, cell bank production and short term

storage, bioreactor process development, scale-up and scale-down studies, and cell clarification. Facility staff offers extensive experience with a range of cell lines: HEK293, CHO, Sf9, NSO, MSCs, and many other primary cell lines.

**Skills:** Research and Development (R&D) · Technology Transfer · Biopharmaceuticals

## Owner

www.likeums.com

2005 - 2007 · 2 yrs

Marketing, Product Development

## consultant

Paragon Bioservices, Inc.

1997 - 2007 · 10 yrs

Fermentation
Biomanufacturing