**Ben Woodard – Employee ID 787684**

Date of Hire: July 7, 2023

Date of Termination: July 3, 2025

Job Title: Senior Engineer, MS&T

Manager: Rashmi Shetti, Manager MS&T





## Current Compensation





## Compensation History



| Effective Date | Compensation Action | Reason | Total Salary & Allowances | Total Base Pay |
| --- | --- | --- | --- | --- |
| 08/12/2024 | Merit Compensation Change | Merit > Annual Merit > Merit Increase | 154,823.00 | 154,823.00 |
| 07/17/2023 | Hire Compensation | Hire Employee > Hire Employee > New Hire | 149,949.00 | 149,949.00 |

**Contact Information**

Contact | Emergency Contacts

Edit

## Home Contact Information

**Addresses** 1 item

| Address | Usage |
|---|---|
| 2706 Merlot Ln<br>Annapolis, MD 21401<br>United States of America | Home (Primary) |

**Phones** 1 item

| Phone Number | Device | Usage |
|---|---|---|
| +1 301-641-0621 | Mobile | Home (Primary) |

**Email Addresses** 1 item

| Email Address | Usage |
|---|---|
| woodard@umd.edu | Home (Primary) |



**Termination Task**

| | |
|---|---|
| For | Ben Woodard (Terminated) (787684) |
| Overall Process | Terminate: Ben Woodard (Terminated) (787684) |

**Event Details** | Process

### Reason

**Primary Reason** *

Involuntary > Rule/Policy Violation

**Secondary Reasons**

### Details

**Termination Date** *

07/03/2025

**Last Day of Work** *

07/03/2025