IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CATALENT PHARMA SOLUTIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEN WOODARD )<br>)<br>Defendant. )<br>) | Case No. 1:25-cv-02394-MJM<br><br>Hon. Matthew J. Maddox |

**NOTICE OF PRO SE APPEARANCE**

Defendant Ben Woodard hereby provides notice to the Court that he is appearing in this matter pro se, without legal counsel, for the purpose of responding to the Court's July 23, 2025 Temporary Restraining Order and related proceedings.

Defendant respectfully requests that all future filings, notices, and correspondence in this case be directed to him at the contact information below until such time as counsel formally enters an appearance on his behalf.

Dated: July 27, 2025

Respectfully submitted,

Ben Woodard
2706 Merlot Ln.
Annapolis, MD 21401
301-641-0621
woodard@umd.edu