IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CATALENT PHARMA SOLUTIONS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEN WOODARD ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:25-cv-02394-MJM <br><br> Hon. Matthew J. Maddox |

### [PROPOSED] ORDER

Upon consideration of Defendant Ben Woodard's pro se response to the Temporary Restraining Order and Motion for Preliminary Injunction, it is hereby:

ORDERED, that the Temporary Restraining Order entered on July 23, 2025 is modified to permit Defendant to retain and use documents identified in the TRO solely for the purpose of cooperating with regulatory authorities, legal counsel, or this Court, consistent with the protections afforded to whistleblowers under the Defend Trade Secrets Act, 18 U.S.C. §1833(b); and it is further,

ORDERED, that the preliminary injunction hearing currently set for August 1, 2025 is continued to a later date to allow Defendant time to secure counsel and prepare an adequate response.

SO ORDERED.

Dated: _____, 2025

_____
United States District Judge