SDC-BALTIMORE
'25 AUG 1 PM7:17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Catalent Pharma Solutions, LLC                 *

                                           *

v.                                             *   Case No. 1:25-cv-02394

Ben Woodard                                    *

                                           *

**EXHIBITS:** Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | CPS-IT-SEC 001 Cybersecurity Essentials Training |
| 2 | AUG 0 1 2025 | AUG 0 1 2025 | Ben Woodard and Archeforge LinkedIn |
| 2A | AUG 0 1 2025 | AUG 0 1 2025 | August 1 LinkedIn Updates |
| 3A | AUG 0 1 2025 | AUG 0 1 2025 | Video posted by Ben Woodard |
| 3B | AUG 0 1 2025 | | Transcript of video posted by Ben Woodard |
| 4 | AUG 0 1 2025 | AUG 0 1 2025 | Supplemental Declaration of Scott Kelly |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov