
DC- BALTIMORE
25 AUG 1 PM 7:17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CATALENT PHARMA SOLUTIONS, LLC** *

vs.                         *    Civil No. 1:25-cv-02394-MJM

**BEN WOODARD**                 *

*****

ORDER SEALING DOCUMENT(S)

For good cause shown, it is, this 1st day of August 2025,

**ORDERED** that:

The following documents are sealed:

- ***Defendant's Exhibit 1 List***, and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the filing of sealed documents.

☒ The public docket shall reflect entry of this order and the filing of sealed documents but not the nature of the sealed documents.

☐ The public docket shall reflect entry of this order and the nature of the sealed documents.

Matthew J. Maddox
United States District Judge

Sealing Order - Criminal Documents (10/20/2005)