IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CATALENT PHARMA SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-02394 |
| | ) | |
| v. | ) | Hon. Matthew J. Maddox |
| | ) | |
| BEN WOODARD | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ISDC - BALTIMORE
'25 AUG 1 PM7:18

**Defendant's Exhibit 2 List**

| EXHIBIT 2 - OSHA INCIDENT AND RETALIATION | | | |
|---|---|---|---|
| **Exhibit No.** | **Identification** | **Admitted** | **Description** |
| EX-2A | AUG 0 1 2025 | AUG 0 1 2025 | Teams Message to Site Security Re: gate scratch |
| EX-2B | AUG 0 1 2025 | AUG 0 1 2025 | Teams meeting request from Site Security, 5 days after incident |
| EX-2C | AUG 0 1 2025 | AUG 0 1 2025 | Teams Message sent to MSAT Sr. Manager regarding the incident |
| EX-2D | AUG 0 1 2025 | AUG 0 1 2025 | Email Sent to Corporate regarding incident and disregard to the "Respectful Workplace" Standard |
| EX-2E | AUG 0 1 2025 | AUG 0 1 2025 | Message I sent to colleagues Monday morning regarding the Friday event |
| EX-2F | AUG 0 1 2025 | AUG 0 1 2025 | Teams message from Site Security asking to meet about the gate, including all parties involved in the harassment incident |
| EX-2G | AUG 0 1 2025 | AUG 0 1 2025 | Message from Site Security, relaying corporate legal advice, suggesting I involve police to push for resolution |
| EX-2H | AUG 0 1 2025 | AUG 0 1 2025 | Email from Director of Safety, deescalate police involvement, no-fault reimbursement |
| EX-2I | AUG 0 1 2025 | AUG 0 1 2025 | Teams message from corporate compliance investigator Ryan Steele acknowledging partial resolution and site offer. |
| EX-2J | AUG 0 1 2025 | AUG 0 1 2025 | Termination letter and company incident response (previously filed by plaintiff under ECF #8, Exhibit 8-5, Pages 6-7) |
| EX-2K | AUG 0 1 2025 | AUG 0 1 2025 | Video footage of security gate comparison. Front gate, (proper operation) vs. Back gate (Malfunction) |

## EXHIBIT 2 - OSHA INCIDENT AND RETALIATION

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| EX-2L | | | Letter to Skadden Re: Evidence Suppression |
| EX-2M | AUG 0 1 2025 | AUG 0 1 2025 | Email from UMD Obstructing access to evidence |