
USDC- BALTIMORE
'25 AUG 1 PM 7:18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CATALENT PHARMA SOLUTIONS, LLC

Plaintiff,

vs.                                    Case No.: 1:25-cv-02394-MJM

BEN WOODARD,

Defendant.

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| Paper exhibits (#2, #2A, #3B, and #4) | 1 folder containing three sets of paper exhibits |
| 1 USB thumb drive (exhibit #3A) | 1 USB thumb drive (exhibit #2K) |
| *(Clerk's copy)* | *(Clerk's copy)* |

All Plaintiff's exhibits returned: 8/1/2025

All Defendant's exhibits returned: 8/1/2025

Received the above listed exhibits this date:

Counsel for Plaintiff:

Darren Welch

Bryan Burcat

Paul Solomon

Counsel for Defendant:

Ben Woodard, *pro se*

Date: August 1, 2025