DC- BALTIMORE
25 AUG 1 PM 7:18

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

```
---------------------------------- x
                                   :
CATALENT PHARMA SOLUTIONS, LLC     :   Case No. 1:25-cv-02394
                                   :
              Plaintiff,           :   Hon. Matthew J. Maddox
                                   :
       v.                          :
                                   :
BEN WOODARD,                       :
                                   :
              Defendant.           :
                                   :
---------------------------------- x
```

## DECLARATION OF BEN WOODARD

I, Ben Woodard, hereby declare and state as follows:

1. My name is Ben Woodard, also known as Barney Benjamin Woodard. I have personal knowledge of the matters set forth herein.

2. I am the Defendant in this action. I am over the age of eighteen years and competent, willing and able to testify to all of the facts and matters set forth herein based upon my firsthand knowledge.

3. As a result of the Court's extension of, and modification to, the Temporary Restraining Order (ECF No. 13) ("TRO") in this action, as stated on the record during the Preliminary Injunction Hearing on August 1, 2025, I have been ordered to return physical and non-physical copies, whether in hard copy or electronic form, of all documents identified in Appendices A and B to the Court's TRO, to Plaintiff Catalent Pharma Solutions, LLC ("Catalent").

4. I returned all documents listed in Appendices A and B to the TRO in my possession, custody or control to Catalent's representatives at Courtroom 5C at the U.S. District Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

5. Having returned the documents identified above, I do not possess or have access to any Confidential Information as defined in the TRO ("Confidential Information"). I have not retained, directly or indirectly, any physical or non-physical copies of Confidential Information, such as any copies that appeared in email, in cloud data or in any other storage media in my possession, custody or control.

6. I have disposed of all physical and non-physical copies of Confidential Information that had been in my possession, custody or control.

7. I acknowledge that for purposes of today's hearing, I provided my Catalent-issued laptop and physical copies of Confidential Information to a colleague who was present for the Preliminary Injunction hearing on August 1, 2025. This individual is not an attorney. After the Preliminary Injunction hearing and prior to returning the Catalent-issued laptop and other Confidential Information to Catalent, I repossessed the Catalent-issued laptop and other Confidential Information and have not made any copies of the Confidential Information. To the best of my knowledge, my colleague did not make copies of the Confidential Information.

8. I have otherwise not directly or indirectly provided to any third-parties, whether family members, friends, acquaintances, business associates or any other individuals or organizations, any copies of Confidential Information, other than the paper copies provided under seal to the Court in this action on August 1, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2025, at Baltimore, Maryland.

_____
Ben Woodard