

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CATALENT PHARMA SOLUTIONS, LLC, | * * * * |
| Plaintiff, | * * |
| v. | Civ. No. MJM-25-2394 |
| | * * |
| BEN WOODARD | * * * |
| Defendant. | * * |

## AMENDED TEMPORARY RESTRAINING ORDER

For the reasons stated on the record during the hearing on August 1, 2025, it is this 1st day of August, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff Catalent Pharma Solutions, LLC's ("Catalent") Motion for Temporary Restraining Order (ECF No. 2) is GRANTED IN PART;

2. Defendant Ben Woodard shall return all physical and non-physical copies, whether in hard copy or electronic form, of all Confidential Information (as defined below) in his possession to Plaintiff;

3. Plaintiff shall provide to the Court copies of all Confidential Information returned by Defendant, and the Court shall retain these copies until further Order;

4. Defendant Ben Woodard shall delete or destroy any copies of Confidential Information that remain in his possession;

5. Defendant Ben Woodard is restrained and enjoined from accessing, using, copying, or disclosing to any third party Confidential Information;

6. "Confidential Information" means any information concerning Catalent's business that is not generally known in the field of pharmaceutical development and manufacturing; has been used, developed, or obtained by Catalent; and is of value to Catalent in connection with its business; including, but not limited to Catalent's standard operating procedures and design schematics; Catalent's platform processes; Emergency Change Control Forms; Catalent client information; documents concerning root causes and corrective actions taken with respect to certain products for particular clients of Catalent; impact assessments for gene therapy production, including client- and product-specific deviations; information concerning company interactions with the Food and Drug Administration; Standard Manufacturing Procedure documents and process flow diagrams for specific Catalent client projects; and all files, documents, and communications listed the attached Appendix A and Appendix B;

7. Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Catalent has posted a bond in the amount of $10,000;

8. Defendant Ben Woodard shall submit an affidavit or declaration signed under the penalties of perjury, setting forth whether he has provided any copies of the Confidential Information to any third party, and whether he is in compliance with this Amended Temporary Restraining Order;

9. If defendant Ben Woodard retains counsel, counsel shall promptly enter a notice of appearance in this matter;

10. Defendant Ben Woodard (through counsel, if represented) may file any supplemental brief addressing the terms of this Amended Temporary Restraining Order and whether it should be converted to a preliminary injunction no later than **August 12, 2025,** and Catalent may file any response no later than **August 14, 2025**;

11. Catalent and defendant Ben Woodard shall appear before this Court (through counsel, if represented) on **Monday, August 18, 2025, at 3:00 p.m. in Courtroom 5C**, for a hearing on Catalent's motion for a preliminary injunction;

12. This Amended Temporary Restraining Order shall expire on Tuesday, August 19, 2025, at 5:00 p.m. EST, or upon entry of any preliminary injunction by the Court.

_____
Matthew J. Maddox
United States District Judge