# Appendix B

| Email date (UTC) | Recipients | Subject | Sender address | Sender display name | Sender IP | Delivery action | Directionality |
|---|---|---|---|---|---|---|---|
| 7/3/2025 19:11 | woodard@umd.edu | Fw: Separation from Catalent | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:55 | woodard@umd.edu | Fw: GMP Risk- Nitric Acid Specification and Handling Concerns | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:54 | woodard@umd.edu | Fw: 0.1N Nitric Acid prep | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:53 | woodard@umd.edu | Fw: Summary of Identified Compliance Issues | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:52 | woodard@umd.edu | Fw: Tech Transfer SOP and info on 483 response for pump calibration | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:52 | woodard@umd.edu | Fw: Escalation - Formalizing Pump Calibration Ownership | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:51 | woodard@umd.edu | Fw: Formalizing Pump Calibration Ownership - Engineering and QA Alignment Required | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:50 | woodard@umd.edu | Fw: Formalizing Pump Calibration Ownership - Engineering and QA Alignment Required | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:49 | woodard@umd.edu | Fw: MSC 0.1N nitric acid request | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:49 | woodard@umd.edu | Fw: Summary of Identified Compliance Issues | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/3/2025 18:49 | woodard@umd.edu | Fw: 0.1N Nitric Acid prep | ben.woodard@catalent.com | Woodard, Ben | 2600:1003:b1b2:6e89:64da:b851:9eba:9410 | Delivered | Outbound |
| 7/2/2025 22:43 | woodard@umd.edu | | ben.woodard@catalent.com | Woodard, Ben | 165.85.197.250 | Delivered | Outbound |
| 6/27/2025 17:17 | woodard@umd.edu | Fw: Request for Remote Work Accommodation Due to Workplace Incident and Ongoing Distress | ben.woodard@catalent.com | Woodard, Ben | 100.16.241.27 | Delivered | Outbound |