# Maxine K. Fritz

## Profile

Senior regulatory and quality executive with over 30 years of combined FDA, industry, and consulting experience in pharmaceuticals, biologics, medical devices, and combination products. Former FDA investigator and biologics team leader with a track record of leading complex inspections and enforcement actions, including consent decrees, warning letters, and prosecutions. Offers deep expertise in GMP compliance, quality system implementation, aseptic manufacturing, and remediation strategy, with a proven ability to lead multinational teams through inspection readiness and post-inspection response. Has directed large-scale quality remediation and consent decree programs across the US, Europe, and Asia, and served as project lead for numerous mock inspections, gap analyses, and QMS rebuilds. Recognized for her ability to balance strategic guidance with technical detail, she regularly supports clients in training, validation, supplier qualification, and global regulatory alignment. Widely published and a frequent industry speaker, with extensive experience advising companies navigating FDA enforcement, quality remediation, and complex operational challenges.

## Current Position

**Expert Consultant | Healthcare Innovation Catalysts | 2024 – 2025**

## Experience

**Executive Vice President | NSF Life Sciences | 2009 – 2024**

Executive Vice President of a firm that provides strategic scientific and regulatory consulting services to healthcare clients and their counsel, with a focus on managing the most challenging issues in regulatory, public policy, and litigation forums. Over 25 years of government and private sector progressive management responsibility in Quality, Training, and Validation applications, Quality System Implementation, Expert Witness/Litigation Support and Regulatory Compliance.

A former FDA investigator who specialized in biological and pharmaceutical product inspections and served as the Biologics Team Leader. During their tenure with FDA, they were responsible for two Consent Decrees, multiple Warning Letters, several new product approvals, and three prosecutions. They received several FDA Awards including Investigator of the Year – Los Angeles District, 1997 and 1998, FDA Outstanding Achievement Award, 1998, Biologics Team National Award, 1996, Recognition Award for assistance provided during the SCPDG/OCRA, Grassroots Imports, and Biotechnology Conferences, Recognition Award for performance of high priority plasma sampling of an HIV contaminated pool; first samples collected in US, Recognition Award for training of Los Angeles laboratory personnel in inspectional basics, Recognition Award for precedent setting BIMO criminal case and Crisis Team Management Award for role as a lead investigator during a National New Year's Eve crisis, involving misbranded drugs.

Over 25 years of combined FDA and industry management experience, working in areas such as quality assurance, senior management, validation, vendor qualification, internal and external audits, batch record review, product release, investigation of non-conformances, current cGMP training, and aseptic manufacturing. Their experiences with FDA, in industry, and consulting provide a unique combination of experience that allows Them to provide clients with strategic, tactical, and technical advice to assist them developing practical quality assurance, manufacturing, and regulatory strategies

for compliance with FDA regulations. They have successfully managed and consulted on large complex compliance projects including corporate Warning Letter, Mass Seizure, Consent Decree(s), AIP, Prosecution, and Import Detentions.

As Executive Vice President, they oversee the firm's pharmaceutical and biologics compliance work, providing both direct support and project management services to clients in the pharmaceutical and biologics industries. They have a proven record with successful leadership of quality assurance programs and preapproval inspections by FDA and EMEA. Their experience in industry pharmaceutical quality assurance crosses a broad range of specialties and includes management, validation (IQ/OQ/PQ), vendor qualification, internal/external audits, batch record review, product release, investigation of non-conformances, current Good Manufacturing Practices (cGMP) training, and aseptic and sterile manufacturing.

**Executive Vice President, Pharmaceutical, Regulatory, and Quality Systems | Quintiles Consulting | 1999 – 2009**

- Worked with clients in the pharmaceutical, radiopharmaceutical, biologic, device, biotechnology, and combination product industries to develop quality assurance and regulatory strategies for compliance with FDA regulations.  Their client work included mock FDA audits, gap analysis of quality systems, standard operating procedures (SOP) writing, and training.
- Worked on several radiopharmaceutical products for PET and tracer isotopes to assure their quality systems and were compliant. Activities included working at the Nuclear facility in Canada.
- Established the infrastructure to support a Supplier Qualification Management Program.
- Created and presented Good Tissue Practices and Quality Systems training.
- Collaborated with clients within the biological industry, including manufacturers of blood, vaccines and in vitro diagnostic test kits, to develop quality assurance, manufacturing and regulatory strategies for compliance with FDA regulations.
- Collaborated with clients within the medical device industry including manufacturers of combination products, implantable devices, interventional cardiovascular devices, wound dressings, and in vitro diagnostic test kits, to develop quality systems, manufacturing and regulatory strategies for compliance with FDA regulations.
- Performed compliance risk assessments of client's quality systems, including the review of procedures, quality documents, batch records, deviation and complaint investigations, and validation report summaries.
- Responsible for performing pre-approval and post-approval audits and mock FDA inspections at US and foreign facilities and responsible for preparing reports of findings and providing recommendations for corrective and preventive actions .
- Assisted clients in drafting FDA Form 483 responses and reviewed and interpreted FDA''s comments to the clients' responses .
- Provided assessments of a client's regulatory risk based on their existing quality systems and history with the FDA.
- Conducted assessments of client studies, procedures, and programs to determine compliance.
- Oversaw Pharmaceutical and Biological Consulting Program .
- Managed several large multi-dimension Core Team Projects in US, Europe, and China.
- Conducted mock FDA inspections at multiple US and foreign facilities for biologics and pharmaceutical and medical device manufacturers preparing for preapproval and post approval inspections.
- Conducted Good Manufacturing Practices (GMP) compliance audits of biologics and pharmaceutical and medical device manufacturers .
- Conducted mock FDA inspections of US and European biologics and pharmaceutical manufacturers in regulatory trouble with FDA .
- Assisted a large US biologics and medical device manufacturers under Consent Decree with GMP audits, certification plans, and quality systems implementation plan.
- Conducted numerous training courses/seminars on FDA readiness/preparedness and QSR and Biologics/Drug GMP requirements .

- Assisted clients with FDA 483, Warning Letter, and Consent Decree responses .

### Senior Manager, Worldwide Compliance | IDEC Pharmaceuticals Corporation | 2002 – 2003

- Worked on Zevalin a radiopharmaceutical product used with a monoclonal antibody.
- Managed the activities and personnel of the Regulatory Compliance and GXP training departments.
- Conducted numerous training courses in GXP and developed formal training curriculums.
- Worked as Core Team member for commissioning new clinical and manufacturing facilities and managed external regulatory audits.

### Senior Manager, Quality Assurance | IMS/Amphastar | 1998 – 1999

- Responsible for internal and external auditing programs, and the department was responsible for the review of manufacturing batch records and approved finished product lot release  .
- Managed over 25 quality and validation personnel and was responsible for the review and approval process for validation protocols (IQ/OQ/PQ).
- Managed and conducted vendor qualification including sampling, testing, and release of all raw materials, components, and equipment.
- Investigated nonconformance issues and/or manufacturing deviations, provided cGMP training of personnel, and oversaw and approved the facility's sterile manufacturing area after major upgrades and renovations.

### Investigator | Food and Drug Administration | 1994 – 1998

- Inspected and provided regulatory guidance to domestic FDA regulated industries, including pharmaceutical manufacturers with a primary interest in aseptically processed biologically derived, parenteral drugs, oral solid dosage forms, Active Pharmaceutical Ingredients (APIs), blood banks, plasma centers, fractionators, and human tissues.
- Assisted with investigation of a fraudulent clinical investigator that led to prosecution of investigator and research staff – case presented on 60 Minutes and Discovery Health television shows.
- Evaluated clinical data submitted in New Drug Applications (NDAs), Investigational New Drugs (INDs), Premarket Approval Applications (PMAs), and Biologics License Applications (BLAs) to ensure the integrity of data submitted to the FDA for approval in the US.
- Routinely performed compliance work, including injunctions and warning letters, and served as Team Leader of the Los Angeles District Biologics Team.
- Wrote detailed reports of inspections, investigations, team accomplishments, program accomplishments, work plans, budget goals, and quality audits and sampled FDA regulated products, including the aseptic collection of viral marker reactive plasma, finished dosage form pharmaceuticals, bulk pharmaceuticals, and medical devices.
- Responded to Congressional, industry, and consumer inquiries/complaints and developed and provided training to new investigators and inspectors.

### Nurse (CMA/CPT) | 1993 – 1994

### Manager, Marketing Services | 1988 – 1992

### Manager, Credit and Collections | 1981 – 1988

## Additional Training

**FDA Sponsored Training**

- Industrial Sterilization for Drugs and Medical Devices

- Drug and Pharmaceutical Manufacturing
- Basic and Advanced Blood and Blood Products
- Basic Blood Banking
- Basic Food and Drug Law
- Tissue Banks
- Evidence Development
- Investigative Interviewing Techniques
- Quality Assurance Principles and Auditing
- EEO Counselling

**Other Training**

- Validation of Manufacturing Processes for Biologics (PDA/FDA Conference)
- HACCP Certified

## Professional Affiliations

- Parenteral Drug Association (PDA)
- Food and Drug Law Institute (FDLI)
- Orange County Regulatory Affairs (OCRA)
- International Society for Pharmaceutical Engineering (ISPE)
- Regulatory Affairs Professional Society (RAPS)
- Drug Information Association (DIA)

## Selected Publications / Presentations

- Are You Ready to Build a Culture of Quality? *Pharmaceutical Compliance Monitor, February 2013.*
- The Six Subsystems of a Pharmaceutical Quality System. *Pharmaceutical Compliance Monitor, March 2013.*
- Making Progress, Contract Manufacturing: *China. European Pharmaceutical Contractor, March 2012*
- The Foundations of Pharmaceutical Compliance for Beginners. *Pharmaceutical Compliance Monitor, December 2012.*
- A systems-based team approach to GMP compliance. *BioPharm International, 19.*

## Awards and Recognitions

- Investigator of the Year – Los Angeles District, 1997 and 1998.
- FDA Outstanding Achievement Award, 1998.
- Biologics Team National Award, 1996.
- Recognition Award for assistance provided during the SCPDG/OCRA, Grassroots Imports, and Biotechnology Conferences.
- Recognition Award for performance of high priority plasma sampling of an HIV contaminated pool; first samples collected in US.
- Recognition Award for training of Los Angeles laboratory personnel in inspectional basics.
- Recognition Award for precedent setting BIMO criminal case.
- Crisis Team Management Award for role as a lead investigator during a National New Year's Eve crisis, involving misbranded drugs.