# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|                                  |   |                        |
|----------------------------------|---|------------------------|
| CATALENT PHARMA SOLUTIONS, LLC,  | * |                        |
|                                  | * |                        |
| Plaintiff,                       | * |                        |
|                                  | * | Civ. No. MJM-25-2394   |
| v.                               | * |                        |
|                                  | * |                        |
| BEN WOODARD                      | * |                        |
|                                  | * |                        |
| Defendant.                       | * |                        |

## PRELIMINARY INJUNCTION

For the reasons stated on the record during the hearings on August 1, 2025; August 18, 2025; and August 21, 2025; and in the Memorandum dated July 23, 2025 (ECF No. 12), it is this 22nd day of August, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff Catalent Pharma Solutions, LLC's ("Catalent") Motion for Preliminary Injunction (ECF No. 2) is GRANTED;

2. Defendant Ben Woodard shall return all physical and non-physical copies, whether in hard copy or electronic form, of all Confidential Information (as defined below) in his possession to Plaintiff;

3. Plaintiff shall provide to the Court copies of all Confidential Information returned by Defendant, and the Court shall retain these copies until further Order;

4. Defendant Ben Woodard shall delete or destroy any copies of Confidential Information that remain in his possession;

5. Defendant Ben Woodard is restrained and enjoined from accessing, using, copying, or disclosing to any third party Confidential Information;

6. "Confidential Information" means any information protected by the Defend Trade Secrets Act or Confidentiality Agreement between the parties, and any information concerning Catalent's business that is not generally known in the field of pharmaceutical development and manufacturing; has been used, developed, or obtained by Catalent; and is of value to Catalent in connection with its business; including, but not limited to Catalent's standard operating procedures and design schematics; Catalent's platform processes; Emergency Change Control Forms; Catalent client information; documents concerning root causes and corrective actions taken with respect to certain products for particular clients of Catalent; impact assessments for gene therapy production, including client- and product-specific deviations; information concerning company interactions with the Food and Drug Administration; Standard Manufacturing Procedure documents and process flow diagrams for specific Catalent client projects; and all files, documents, and communications listed the attached Appendix A and Appendix B;

7. Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Catalent has posted a bond in the amount of $10,000;

8. Defendant Ben Woodard's Motion for Preliminary Injunction (ECF No. 16) is DENIED; AND

9. The Amended Temporary Restraining Order is VACATED.

　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　Matthew J. Maddox
　　　　　　　　　　　　　　　United States District Judge